UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PAUL REED | CIVIL ACTION NO. 6:20-CV-1354 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

Considering the analysis in the Reasons for Judgment entered this date,

IT IS HEREBY ORDERED that the government pay to Plaintiff, Paul Reed, **$70,152.53** in special damages and **$35,000.00** in general damages, for a total of **$105,152.53**, arising from the negligence of the government's employee, Amanda Campbell. Counsel for Plaintiff shall submit a proposed judgment, approved by counsel for the government, within fifteen (15) days of the date of this ruling. The judgment should award costs to Plaintiff, reduced commensurate with this Court's allocation of liability, and post-judgment interest to the plaintiff, as allowed by law.[1]

THUS DONE AND SIGNED this 5th day of March, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] Prejudgment interest is not available for claims brought under the Federal Tort Claims act. *See* 28 U.S.C. § 2674.